USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA KOVALENKO (alias), *et al.*,

Plaintiffs,

-v-

UBIQUITI, INC.,

Defendant.

**ORDER**

26-CV-6838 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter. ECF No. 24. Counsel for Plaintiffs may appear on behalf of his clients at the October 2, 2026 conference while he works on resubmitting his motion to appear pro hac vice.

**SO ORDERED.**

Dated: October 1, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge