USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA KOVALENKO (alias), *et al.*,

Plaintiffs,

-v-

UBIQUITI, INC.,

Defendant.

**ORDER**

26-CV-6838 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference to discuss Defendant's pre-motion letter at ECF No. 19. For the reasons articulated at the conference, the parties shall confer and file a proposed briefing schedule for the motion to dismiss by **October 9, 2026**.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge