USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA KOVALENKO (alias), *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>UBIQUITI, INC.,<br><br>Defendant. | **ORDER**<br><br>26-CV-6838 (GHW) (HJR) |

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' requested briefing schedule for the motion to dismiss. ECF No. 29. The request is **GRANTED**. Defendant shall file its motion to dismiss by **October 27, 2026**. Plaintiffs shall file their opposition by **December 8, 2026**. Defendant shall file its reply by **December 23, 2026**.

The parties' request to increase the world limit is **GRANTED IN PART** and **DENIED IN PART**. The opening brief and the opposition shall each be limited to 9,750 words. The reply shall be limited to 4,000 words.

**SO ORDERED.**

Dated: October 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge