USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA KOVALENKO (alias), *et al.*,

Plaintiffs,

-v-

UBIQUITI, INC.,

Defendant.

**ORDER**

26-CV-6838 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter regarding a potentially related case and Plaintiffs' response to that letter. ECF Nos. 34, 35.

The request to suspend the briefing schedule for the motion to dismiss is **GRANTED**. The deadlines set out in the Order dated October 9, 2026 are hereby adjourned. ECF No. 33. The parties are directed to confer on how to address the newly filed case and any other anticipated actions raising essentially the same claims. The parties shall file a joint letter proposing next steps by **October 30, 2026**.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge